FILED
June 15, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )    Case No. Mag. 06-0165-KJM
         Plaintiff,       )
v.                        )    ORDER FOR RELEASE OF
                          )    PERSON IN CUSTODY
SUKRAJAN SINGH MANN,      )
                          )
         Defendant.       )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SUKRAJAN SINGH MANN, Case No. Mag. 06-0165-KJM, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   **Bail Posted in the Sum of $200,000.00**

   _X_   **Unsecured Appearance Bond**

      **(To be secured by real property within 14 days)**

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond with Surety

   _X_   (Other) **Conditions as stated on the record**

   _X_   (Other) **Deft is to be released after 3:00 pm on 06/15/06 and is instructed to meet with the Pretrial Services Officer at 8:30 am on 06/16/06 before his departure to Tennessee.**

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 15, 2006  at  _10:00 a.m._

By _____
   Dale A. Drozd
   United States Magistrate Judge